# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JASPER WASHINGTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2537

[April 5, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weeks, Judge; L.T. Case No. 19-009772CF10A.

Carey Haughwout, Public Defender, and Paul Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Paul Patti, III, Assistant Attorney General, West Palm Beach, for appellee.

### *ON REMAND FROM THE FLORIDA SUPREME COURT*

PER CURIAM.

The Florida Supreme Court quashed our decision in *Washington v. State*, 293 So. 3d 1060 (Fla. 4th DCA 2020), and remanded for reconsideration in light of *Morgan v. State*, 350 So. 3d 712 (Fla. 2022). *State v. Washington*, SC20-671, 2023 WL 2340306 (Fla. Mar. 3, 2023).

Based on *Morgan*, we affirm the circuit court's May 7, 2019, order rescinding the circuit court's November 18, 2016, order granting the defendant's motion to vacate, set aside, or correct sentence.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and CONNER, JJ., concur.

\*          \*          \*

*No motions for rehearing shall be permitted.*